S8900278. SUN v. COURT OF APPEALS OF GEORGIA.
(385 SE2d 292)

PER CURIAM.

This is a case in which mandamus does not lie, therefore, it is dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED SEPTEMBER 8, 1989.

Joseph C. Sun, *pro se.*

*Michael J. Bowers, Attorney General,* for appellee.